UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

H., a minor by and though his guardian and next friend, LYNDA HOLMES,

    Plaintiffs,

v.

BRENTWOOD UNIFIED SCHOOL DISTRICT, et al.,

    Defendants.

Case No. 15-cv-05461-JSC

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING WHETHER CASES ARE RELATED**

Plaintiff H., a minor, by and through his guardian and next friend, Lynda Holmes, filed this civil action against Defendant Brentwood Unified School District on November 30, 2015. In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Vince Chhabria to determine whether it is related to Brentwood Union School District v. Student H.H., No. 15-cv-5335 VC.

**IT IS SO ORDERED.**

Dated: December 9, 2015

*Jacqueline Scott Corley*
JACQUELINE SCOTT CORLEY
United States Magistrate Judge