UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BRENTWOOD UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-05461-VC<br><br>**ORDER TO SHOW CAUSE** |

A case management conference was scheduled in this matter for March 8, 2016 at 1:30 p.m. Nobody showed up. Therefore, the plaintiff is ordered to show cause why the case should not be dismissed for failure to prosecute. The plaintiff must file a brief not to exceed 10 pages in response to the order to show cause. The brief is due by March 11, 2016.

**IT IS SO ORDERED.**

Dated: March 8, 2016

_____
VINCE CHHABRIA
United States District Judge