UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>BRENTWOOD UNIFIED SCHOOL DISTRICT, et al.,<br><br>        Defendants. | Case No.  15-cv-05461-VC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 22 |

The order to show cause is discharged.  The parties are ordered to appear for an in-person case management conference at 1:30 p.m. on Tuesday, May 3, 2016.

**IT IS SO ORDERED.**

Dated: March 29, 2016

_____
VINCE CHHABRIA
United States District Judge